AUSA: Tara Hindelang Telephone: (313) 226-9100

AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Ryan Briggs Telephone: (313) 965-2323

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Kollin Robert Paul Ferris

Case No. 26-mj-30704

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 2026- Present in the county of Jackson in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §§ 2422(b) | Coercion and enticement of a minor. |
| 18 U.S.C. § 2423(a) | Transportation of minors. |
| 18 U.S.C. § 2251(a)(e) | Sexual exploitation of a minor, including attempt. |
| 18 U.S.C. § 2252A(a)(2)(A) | Receipt of child pornography. |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of and access with intent to view child pornography. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Ryan Briggs, Special Agent-FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: November 6, 2026

[signature: Elizabeth A. Stafford]
*Judge's signature*

City and state: Detroit, Michigan

Hon. Elizabeth A. Stafford, United States Magistrate Judge
*Printed name and title*

AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR
A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Ryan Briggs, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

Introduction and Agent Background

1. I have been employed as a Special Agent of the FBI since 2014 and am currently assigned to the Detroit Division. While employed by the FBI, I have investigated federal criminal violations related to child exploitation and child pornography. I have gained experience through training and everyday work relating to conducting investigations. To date, I have either conducted or participated in 6 child exploitation investigations.

2. As part of my duties, I have observed and reviewed examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. §§ 2251, 2252A, and 2422, I am authorized by law to request a criminal complaint and arrest warrant.

3. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Kollin Robert Paul Ferris for violations of 18 U.S.C. §§ 2422(b), coercion and enticement of a minor, 2423(a), transportation of minors, 2251(a) and (e), sexual exploitation of a minor, including attempt, 2252A(a)(2)(A), receipt of child pornography, and 2252A(a)(5)(B), possession of

and access with intent to view child pornography.

4. The statements contained in this affidavit are based in part on information provided by U.S. law enforcement officers, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, information gathered from investigative sources of information, and my experience, training and background as a Special Agent.

5. This affidavit is submitted for the limited purpose of securing a complaint and arrest warrant. I have not included every fact I know about this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that Ferris committed the offenses listed above.

## Probable Cause

6. On September 9, 2026, Mobile County Sheriff's Office (MCSO) requested assistance from FBI Mobile regarding a missing 12-year-old minor female, MV1, who resides in the Southern District of Alabama. MV1 was last seen at approximately 2:30 PM on September 8, 2026. Prior to leaving, Door Dash made a delivery from Family Dollar that included two cellular telephones. MV1 then disposed of the cellular telephone she normally used around the area of Cottage Hill and Interstate 65. MV1's guardian informed the MCSO that she knew MV1 was in communication with adult men online earlier that morning.

7. Through MCSO's investigation, MV1 was found to be in contact with Kollin Robert Paul Ferris. Contact with Greyhound Bus determined that Ferris had

purchased a bus ticket for MV1 to travel from Mobile, Alabama, to Jackson, Michigan. Greyhound records showed that Ferris used an account linked to his email address and phone number, ending in 56, to purchase a ticket for MV1 on August 9, 2026, at 17:05 UTC for travel from Mobile, Alabama, to Jackson, Michigan, departing at 23:20 UTC.

8. Boarding information showed MV1 boarding the different legs of the trip in Mobile, Alabama; Montgomery, Alabama; Toledo, Ohio; and Detroit, Michigan. Law enforcement obtained an exigent search warrant for Ferris' cellular telephone geolocation and determined that he was in the Detroit, Michigan area. FBI Mobile requested that FBI Detroit locate Ferris.

9. On September 9, 2026, at approximately 9:00 PM, a Grey GMC Terrain was stopped by Michigan State Police on the off ramp of Interstate 94 and N. Concord Road. Law enforcement officers found MV1 in the vehicle with Ferris and another minor female, MV2, a minor born in 2008, who resides in the Eastern District of Michigan and who is known to Ferris. Agents interviewed MV2, who said that she knew that Ferris had been in communication with MV1 for approximately 4 weeks and that Ferris referred to MV1 as his girlfriend. MV2 believed MV1 to be younger than her.

10. Agents seized Ferris' cellular telephone, a beige Samsung Galaxy S25 Ultra, along with the devices belonging to MV1. FBI Detroit sent the devices to Mobile, Alabama, where MCSO obtained a search warrant from the District Court

of the Thirteenth Judicial Circuit for Mobile County, Alabama. A phone extraction was then performed on Ferris' Samsung telephone. On November 4, 2026, SA Christopher Brooks was reviewing the contents of the phone when he discovered images of MV1 and a series of videos that appear to be from June 14, 2026, and depicts Ferris interacting with MV2.

11. SA Brooks informed me that during the review of Ferris' phone he found screenshots and screen recordings that Ferris appears to have taken of MV1 masturbating. The recording depicted the lascivious display of MV1's genitalia, like from a video call between the two of them. According to SA Brooks, who has conducted numerous investigations involving child exploitation and is familiar with the federal definition of child pornography, these screenshots meet the federal definition of child pornography.

12. Agent Brooks also located a series of videos that were taken of MV2 during his search for CSAM of MV1. The first thumbnail image observed by SA Brooks depicted an unclothed vagina and appeared to be part of a series of images/videos. SA Brooks notified FBI Detroit and forwarded pertinent investigative material, including the videos/images of MV2.

13. The initial video in the series, which agents believe was created on June 14, 2026, at 12:19:08 AM, shows MV2 unconscious and Ferris removing her shirt and moving her from the couch to the floor. Based on the context of the video and the timing, and as discussed below what I know from viewing Ferris'

residence, I believe this video and the subsequent videos were taken in Ferris' residence.

14. Approximately one hour later, at 1:16:11 AM, Ferris appears to video himself going back to MV2 and pulls down her shorts to expose her buttock. In another video, believed to be taken at 5:04:39 AM, Ferris takes a video that shows his face, then his hand near MV2's shorts, then her genitals, then his hand again. There are five additional videos between 5:09:08 and 5:20:41 AM that depict the lascivious display of MV2's genitalia. Based on my training and experience I know that these videos meet the federal definition of child sexual abusive material.

15. There were three additional videos that have file names that are a series of letters and numbers. These three videos all appear to be slight alterations of the other videos described above. It is unclear to me at this time whether these videos represent alterations to the videos made after the fact or if they are saved off another smartphone application which may indicate that the videos were distributed.

16. On November 6, 2026, FBI Detroit executed a federal search warrant at Ferris's residence in Albion, Michigan. During the search, I observed building materials, furnishings including the mattress, bed, bedding and a copper pot that were consistent with the background location of the videos on Ferris's phone depicting MV2.

17. I conducted an interview with the owner of the home, who is familiar

with MV2. The homeowner was shown a sanitized version of a portion of the videos agents believe to depict MV2, described above, as found on Ferris' phone extraction. The homeowner identified MV2 in the image and the location of the video as having been filmed in the residence.

Conclusion

18. Based on the foregoing, there is probable cause to believe that Kollin Robert Paul Ferris violated 18 U.S.C. §§ 2422(b), coercion and enticement of a minor, 2423(a), transportation of minors, 2251(a) and (e), sexual exploitation of a minor, including attempt, 2252A(a)(2)(A), receipt of child pornography, and 2252A(a)(5)(B), possession of and access with intent to view child pornography and I respectfully request this Court issue a criminal complaint and arrest warrant.

Respectfully submitted,

______________________________
Ryan Briggs, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my
presence and/or by reliable electronic means

______________________________
Hon. Elizabeth A. Stafford
United States Magistrate Judge

Dated: November 6, 2026